UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:   Miguel A. Nieves,, Jr. and Luz M. Nieves ,
         Debtor

Chapter: 7
Case No: 19–30994
Judge Elizabeth D. Katz

## ORDER DISCHARGING TRUSTEE
## AND CLOSING CASE

It is hereby **ORDERED** that David W. Ostrander, the Trustee is discharged from any further duties herein and that this case is hereby closed pursuant to 11 U.S.C. § 350(a).

Date:5/20/20

By the Court,

Elizabeth D. Katz
U.S. Bankruptcy Judge